WO

*UNITED STATES DISTRICT COURT*
**DISTRICT OF ARIZONA**

**United States of America**

v.

Ramiro Telles

USM #

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

**No.** CR 06-064-PHX-DKD

Adrian Fontes (appointed)
Attorney for Defendant

**THE DEFENDANT ENTERED A PLEA OF** Guilty on 2/9/06 to an Information.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE OFFENSE(S) OF** violating Title 8, USC §1325(a)(2), Title 18, USC Section 2; Aiding and Abetting an Alien to Elude Examination and Inspection by Immigration Officers of the United States, a Class B misdemeanor.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of **NINETY DAY (90 DAYS)** with credit for time served.

Upon Oral Motion of the Government, the complaint is DISMISSED.

**SPECIAL ASSESSMENT:** REMITTED   **FINE:** WAIVED   **RESTITUTION:** N/A

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court has declared the defendant indigent and the special assessment will be collected according to Title 18, USC, Chapters 227 and 229.

**IT IS FURTHER ORDERED** that the Clerk of the Court deliver two certified copies of this judgment to the United States Marshal of this district.

The Court orders commitment to the custody of the Bureau of Prisons.
Date of Imposition of Sentence: 2/9/2006.

DATED this 13th day of February, 2006.

_____
David K. Duncan
United States Magistrate Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____        By:_____
United States Marshal                                         Deputy Marshal